**NTCASCLM**

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Linda M. Owings
868 N. Prairie Ave.,
Unit #1C
Joliet, IL 60435
SSN: xxx−xx−9592 EIN: N.A.

Paul S. Owings Jr.
868 N. Prairie Ave.,
Unit #1C
Joliet, IL 60435
SSN: xxx−xx−9931 EIN: N.A.

Case No. : 16−37467
Chapter : 13
Judge : Pamela S. Hollis

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Ditech Financial LLC fka Green Tree Servicing LLC

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to LoanCare, LLC of your claim in the above matter, designated Claim No. 15 in the amount of $128105.77.   If no objections are filed by you on or before June 14, 2019 the Court shall substitute LoanCare, LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: May 28, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Linda M. Owings
Paul S. Owings, Jr.
    Debtors

Case No. 16-37467-PSH
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: cward1    Page 1 of 1    Date Rcvd: May 28, 2019
                  Form ID: ntcasclm    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2019.
db/jdb     +Linda M. Owings,   Paul S. Owings, Jr.,   868 N. Prairie Ave.,,   Unit #1C,
         Joliet, IL 60435-4678

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25437736      E-mail/Text: bankruptcy.bnc@ditech.com May 29 2019 02:26:00
       Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
       Rapid City, South Dakota 57709-6154
                                                                                     TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2019 at the address(es) listed below:
        Dana N O'Brien   on behalf of Creditor    DITECH FINANCIAL LLC dana.obrien@mccalla.com,
        NDistrict@mccalla.com
        David M Siegel   on behalf of Debtor 2 Paul S. Owings, Jr. davidsiegelbk@gmail.com,
        R41057@notify.bestcase.com;johnellmannlaw@gmail.com
        David M Siegel   on behalf of Debtor 1 Linda M. Owings davidsiegelbk@gmail.com,
        R41057@notify.bestcase.com;johnellmannlaw@gmail.com
        Glenn B Stearns   mcguckin_m@lisle13.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Ronald J. Kapustka   on behalf of Creditor    Prairie Terrace Condominium ndaily@ksnlaw.com
                                                                                                                                             TOTAL: 6