B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois, Eastern Division

In re: Linda M. Owings
Paul S. Owings, Jr.,     Case No. 16-37467

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2). Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed Securities, Series 2021-F | LOANCARE, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Gregory Funding LLC
  PO Box 230579
  Tigard, OR 97281

Court Claim # (if known): 15
Amount of Claim: $128,105.77
Date Claim Filed: 03/14/2017

Phone:                      Phone: 800-247-6600
Last Four Digits of Acct #: 9-669     Last Four Digits of Acct #: 9906

Name and Address where transferee payments should be sent (if different from above):
  Gregory Funding LLC
  PO Box 742334
  Los Angeles, CA 90074-2334

Phone:
Last Four Digits of Acct #: 9-669

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Terri M. Long              Date: 8/25/2021
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571.

C&A File #14-21-03042

NOTE: This law firm is a debt collector.

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have electronically filed a copy of this Notice of Transfer of Claim with the Courts, and notice was electronically served upon the parties listed below on August 25, 2021.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090

                                              /s/ Terri M. Long
                                                 Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
 **C&A File #14-21-03042**

NOTE: This law firm is a debt collector.